**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN ALEXANDER SMITH,<br>Plaintiff,<br>v.<br>VENTURA COUNTY SUPERIOR COURT, et al.,<br>Defendants. | Case No. 5:25-cv-03362-VBF-MBK<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing the action without prejudice.

Date: August 7, 2026

Valerie Baker Fairbank

HON. VALERIE BAKER FAIRBANK SENIOR
UNITED STATES DISTRICT JUDGE