JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN ALEXANDER SMITH, Plaintiff, v. VENTURA COUNTY SUPERIOR COURT, et al., Defendants. | Case No. 5:25-cv-03362-VBF-MBK<br>JUDGMENT |

IT IS ADJUDGED that this case is dismissed without prejudice.

Date: August 7, 2026

Valerie Baker Fairbank

HON. VALERIE BAKER FAIRBANK
Senior United States District Judge